**NEWTOWN SQUARE EAST, L.P., Petitioner,**

v.

**TOWNSHIP OF NEWTOWN, Respondent.**

BPG Real Estate Investors–Straw Party–1, L.P., BPG Real Estate Investors–Straw Party–II, L.P., Campus Investors Office B, L.P., Campus Investors 25, L.P., Campus Investors 1 Building, L.P., Campus Investors H Building, L.P., Campus Investors D Building, L.P., Campus Investors Cottages, L.P., Campus Investors Office 2B, L.P., Ellis Preserve Owners Assoc. Inc., Kelly Preserve Owners Assoc. Inc., Cottages at Ellis Owners Assoc. Inc., Genber/Management Campus LLC, Berwind Property Group Ltd., Executive Benefit Partnership Campus L.P., Management Partnership–Benefit and Ellis Acquisition L.P., Intervenors.

Supreme Court of Pennsylvania.

March 25, 2013.

## ORDER

**AND NOW,** this 25th day of March, 2013, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

Did the Commonwealth Court err in holding that the Tentative Plan complies with the PRD Ordinance and the MPC when the Tentative Plan fails to reveal the use of buildings, as required by a valid PRD Ordinance and by the MPC?